

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2022

No. 04-22-00127-CR

The **STATE** of Texas,
Appellant

v.

Bryan Leonel Rodriguez **MEJIA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10372CR
Honorable Tully Shahan, Judge Presiding

## O R D E R

The State filed its notice of appeal asserting a right to appeal pursuant to Texas Code of Criminal Procedure article 44.01(a).  TEX. CODE CRIM. PROC. art. 44.01(a).  Article 44.01(e) of the Code provides, "The state is entitled to a stay in the proceedings pending a disposition of an appeal under Subsection (a) or (b) of this article."  *Id.* art. 44.01(e).  Because the State seeks to appeal under subsection (a), the State's request for a stay is GRANTED, and all further proceedings in the underlying cause are ORDERED stayed pending the disposition of this appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2022.

_____
Michael A. Cruz,
Clerk of Court